IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**VINCENT EUGENE WILLIAMS,**

    Plaintiff,

v.                                              Civil Action No. **3:08CV803**

**DR. LEE**, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on December 23, 2008, the Court conditionally docketed Plaintiff's action. The Clerk sent a copy of the Memorandum Order to Plaintiff. On January 7, 2009, the December 23, 2008 Memorandum Order was returned to the Court by the United States Postal Service. The envelope was marked, "RETURN TO SENDER" and "NO LONGER IN FACILITY." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: **JAN 1 6 2009**
Richmond, Virginia

/s/
Richard L. Williams
United States District Judge